UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EAGLE WATER, LLC | CIVIL ACTION NO. 17-cv-0250 |
| VERSUS | JUDGE FOOTE |
| ARCH INSURANCE CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Eagle's Motion to Remand (Doc. 12) is denied, and all claims against Gene Ash and Nida Ash are dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _15th_ day of June, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE